# EXHIBIT C

Feit Electric Company, Inc.
Product: PAR30/L/HP/LED
Patent: U.S. Patent No. 6,787,999

| Claim | | PAR30/L/HP/LED |
|---|---|---|
| Claim 8 | | |
| A light emitting apparatus comprising: | | |
| a heat sink having a first side, a second side opposite the first side, and conduit connecting the first side and the second side; | | a heat sink having a first side |
| | | a second side opposite the first side, and conduit connecting the first side and the second side |
| a plurality of light emitting diodes disposed at the first side of the heat sink and in thermal communication therewith to heat sink the light emitting diodes; | | plurality of light emitting diodes disposed at the first side of the heat sink |
| | | and in thermal communication therewith to heat sink the light emitting diodes |

| Claim | PAR30/L/HP/LED |
|---|---|
| and an electronic module disposed at the second side of the heat sink and in thermal communication therewith to heat sink the electronic module, | electronic module disposed at the second side of the heat sink<br><br>and in thermal communication therewith to heat sink the electronic module |
| the electronic module converting electrical input power into a conditioned electrical power, | electronic module converting electrical input power into a conditioned electrical power |
| the light emitting diodes receiving the conditioned electrical power from the electronic module via the conduit. | light emitting diodes receiving the conditioned electrical power from the electronic module via the conduit |

| Claim | | PAR30/L/HP/LED |
|---|---|---|
| <u>Claim 9</u> | | |
| The light emitting apparatus as set forth in claim 8, further including: | | |
| a PC board in which the plurality of light emitting diodes are arranged, | | PC board in which the plurality of light emitting diodes are arranged |
| the pc board disposed at the first side of the heat sink and in thermal communication therewith. | | PC board disposed at the first side of the heat sink |
| | | and in thermal communication therewith |

| Claim | PAR30/L/HP/LED |
|---|---|
| Claim 12 | |
| The light emitting apparatus as set forth in claim 8, | |
| wherein the heat sink includes a radiating surface disposed between the first and second sides radiating heat away from the heat sink. | the heat sink includes a radiating surface disposed between the first and second sides<br><br>radiating surface radiating heat away from the heat sink |