# EXHIBIT D

Feit Electric Company, Inc.
Product: PAR30/L/HP/LED
Patent: U.S. Patent No. 6,799,864

| Claim | | PAR30/L/HP/LED |
|---|---|---|
| **Claim 1** | | |
| A light module, comprising: | | |
| a light emitting diode assembly including a generally planar front side light emitting diode array and a rear side, | | a light emitting diode assembly including a generally planar front side light emitting diode array and a rear side |
| the rear side in thermal communication with a thermally conductive spreader; | | thermally conductive spreader |
| | | rear side in thermal communication with a thermally conductive spreader |
| a thermally conductive elongated core having a first end in thermal communication with the conductive spreader, | | thermally conductive elongated core |
| | | having a first end in thermal communication with the conductive spreader |
| the thermally conductive core being elongated in a direction transverse to the generally planar front side light emitting diode array to define a second end distal from the conductive spreader; | | thermally conductive core elongated in a direction transverse to the generally planar front side light emitting diode array to define a second end distal from the conductive spreader |

| Claim | | PAR30/L/HP/LED |
|---|---|---|
| and a plurality of appendages, surrounding the thermally conductive core, the plurality of appendages in thermal communication with the conductive spreader, and extending away from the thermally conductive core. | | plurality of appendages surrounding the thermally conductive core and extending away from the thermally conductive core<br><br>plurality of appendages in thermal communication with the conductive spreader |
| Claim 2 | | |
| The light module as set forth in claim 1, further comprising: | | |
| a housing surrounding the front side light emitting diode array; and | | housing surrounding the front side light emitting diode array |
| an optic removably affixed to the housing opposite the front side light emittting [sic] diode array. | | optic removably affixed to the housing opposite the front side light emitting diode array |

| Claim | | PAR30/L/HP/LED |
|---|---|---|
| Claim 4 | | |
| The light module as set forth in claim 1, | | |
| wherein the light emitting diode assembly comprises a number of light emitting diodes, each light emitting diode disposed in a shaped recess, | | light emitting diode assembly comprises a number of light emitting diodes, each light emitting diode disposed in a shaped recess |
| the recess and light emitting diode covered with a lens. | | recess and light emitting diode covered with a lens |
| Claim 5 | | |
| The light module as set forth in claim 1, | | |
| wherein the light emitting diode assembly comprises individually packaged light emitting diode elements. | | light emitting diode assembly comprises individually packaged light emitting diode elements |

| Claim | | PAR30/L/HP/LED |
|---|---|---|
| Claim 6 | | |
| The light module as set forth in claim 5, | | |
| wherein the individually packaged light emitting diode elements are secured in thermal communication to the thermally conductive spreader. | | individually packaged light emitting diode elements are secured |
| | | in thermal communication to the thermally conductive spreader |
| Claim 7 | | |
| The light module as set forth in claim 1, | | |
| wherein the light module has a thermal resistivity of less than 40 degrees Centigrade per watt. | Lamp Watts are listed as 12 W | light module has a thermal resistivity of less than 40 degrees Centigrade per watt |

| Claim | | PAR30/L/HP/LED |
|---|---|---|
| Claim 8 | | |
| The light module as set forth in claim 1, | | |
| wherein the thermally conductive core has an electrical conduit passing from the first end to the second end to provide electrical access to the front side light emitting diode array from the second end of the thermally conductive elongated core, | | the thermally conductive core has an electrical conduit passing from the first end to the second end to provide electrical access to the front side light emitting diode array from the second end of the thermally conductive elongated core |
| and a physical size and shape of an exterior of the thermally conductive elongated core and the electrical conductor are designed to be accommodated in a fixture selected from a group consisting of MR-style fixtures and PAR-style fixtures. | Lamp listed as "PAR30" | the Feit PAR30/L/HP/LED lamp is a PAR style fixture |
| Claim 10 | | |
| The light module as set forth in claim 1, | | |
| wherein the front side light emitting diode array selectively produces white light. | Lamp listed as "Soft White" | the front side light emitting diode array selectively produces white light |

| Claim | | PAR30/L/HP/LED |
|---|---|---|
| **Claim 12** | | |
| The light module as set forth in claim 1, | | |
| wherein the front side light emitting diode array selectively produces at least 50 lumens of light. | "Light Output" listed as "490 lumens" | the front side light emitting diode array selectively produces at least 50 lumens of light |
| **Claim 14** | | |
| A light emitting diode assembly including a light emitting face supported by a body through which electrical connection elements pass, the body comprising: | | |
| a thermally conductive elongated core in thermal communication with the light emitting face, | | thermally conductive elongated core

in thermal communication with the light emitting face |
| the thermally conductive core providing a path for the electrical connection elements to be in electrical communication with light emitting diodes in the light emitting face; | | thermally conductive core providing a path for the electrical connection elements to be in electrical communication with light emitting diodes in the light emitting face |

| Claim | | PAR30/L/HP/LED |
|---|---|---|
| and a plurality of thermally conductive elongated attachments surrounding the thermally conductive core, | | plurality of elongated attachments surrounding the thermally conductive core |
| | | plurality of elongated attachments surrounding the thermally conductive core are thermally conductive |
| the plurality of attachments being in thermal communication with the light emitting diode assembly. | | plurality of attachments in thermal communication with the light emitting diode assembly |
| Claim 15 | | |
| A lamp for use in connection with spot module platforms, said lamp comprising: | | |
| a plurality of LEDs arranged in an LED assembly having opposing forward and rearward facing sides, | | plurality of LEDs arranged in an LED assembly having opposing forward and rearward facing sides |
| said forward facing side selectively providing illumination from the LEDs when power is supplied thereto; | "High-Output Bright LEDs" and "True Replacement Performance for General Lighting Applications" | forward facing side selectively providing illumination from the LEDs when power is supplied thereto |

| Claim | PAR30/L/HP/LED |
|---|---|
| a heat sink contacting the rearward facing side of the LED assembly to draw heat from the LEDs, | heat sink contacting the rearward facing side of the LED assembly<br><br>to draw heat from the LEDs |
| the heat sink including: (i) a thermally conductive base having a lateral area substantially coextensive with the rearward facing side of the LED assembly and in thermal contact with the rearward facing side of the LED assembly, and | the heat sink includes a thermally conductive base having lateral area substantially coextensive with the rearward facing side of the LED assembly<br><br>the thermally conducive base in thermal contact with the rearward facing side of the LED assembly |

| Claim | PAR30/L/HP/LED |
|---|---|
| (ii) an elongated thermally conductive core having a lateral area less than the lateral area of the rearward facing side and connecting with a central area of the thermally conductive base, | the heat sink includes an elongated thermally conductive core |
| | having a lateral area less than the lateral area of the rearward facing side and connecting with a central area of the thermally conductive base |
| the elongated thermally conductive core extending from the thermally conductive base in a direction away from the LED assembly; and, | elongated thermally conductive core extending from the thermally conductive base in a direction away from the LED assembly |
| a heat dissipating structure including a plurality of heat-dissipating members each extending away from a connection of the heat-dissipating member with the heat sink, | heat dissipating structure including a plurality of heat-dissipating members each extending away from a connection of the heat-dissipating member with the heat sink |

| Claim | | PAR30/L/HP/LED | |
|---|---|---|---|
| the heat dissipating structure connected with the elongated thermally conductive core. | | | heat dissipating structure connected with the elongated thermally conductive core |
| Claim 16 | | | |
| The lamp according to claim 15, | | | |
| wherein the LEDs are disposed in reflector wells. | | | LEDs are disposed in reflector wells |