| | |
|---|---|
| **STATE OF MISSOURI** )  | ) **SS: AFFIDAVIT OF RYAN D. DYKAL** |
| **COUNTY OF JACKSON** ) | ) |

Ryan D. Dykal, after being duly sworn, states the following are true to the best of his knowledge:

1. I, Ryan D. Dykal, am an associate at the firm of Shook, Hardy & Bacon L.L.P. located at 2555 Grand Boulevard, Kansas City, Missouri 64108.

2. My telephone number is 816.474.6550, my facsimile number is 816.421.5547, and my e-mail address is rdykal@shb.com.

3. I am currently counsel for Feit Electric Company, Inc.

4. I am a member of the Bar of the State of Missouri and am admitted to practice before the Supreme Court of Missouri. I was admitted on September 17, 2008 and my Missouri state bar registration number is 60905.

5. I am registered to practice before the United States Patent and Trademark Office. I am also admitted to practice before the United States Court of Appeals for the Federal Circuit and the United States District Court for the Western District of Missouri.

6. I am in good standing in all bars to which I have been admitted and am not now, nor have I ever been, suspended or disbarred from the practice of law in any court.

FURTHER AFFIANT SAYETH NAUGHT:

_____
Ryan D. Dykal

SWORN TO ME BEFORE and subscribed in my presence this 28th day of February 2013.

_____
NOTARY PUBLIC

MARILYN E. VALENTINE
Notary Public - Notary Seal
State of Missouri
Commissioned for Jackson County
My Commission Expires: June 21, 2013
Commission Number: 09522399

**Exhibit 1**